# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SEAN BURT and LOGAN THOMSON,
individually and on behalf of all
others similarly situated,
    Plaintiffs,

  v.                                                C.A. No. 20-295 JJM
                                                      C.A. No. 20-465 JJM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF RHODE ISLAND,
    Defendant.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Board of Trustees of the University of Rhode Island and against Plaintiffs Sean Burt and Logan Thomson (in each of their cases respectively) pursuant to the Memorandum and Order entered on January 31, 2023 by this Court.

                                                                             Enter:

                                                                             /s/ Ryan H. Jackson
                                                                             Deputy Clerk

Dated: January 31st, 2023