# United States Court of Appeals
## For the First Circuit

_____

Nos. 23-1188
      23-1192

SEAN BURT, individually and on behalf of himself and all others similarly situated, and LOGAN THOMSON, individually and on behalf of himself and all others similarly situated,

Plaintiffs, Appellants,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF RHODE ISLAND,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: October 13, 2023

     This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


                              By the Court:

                              Maria R. Hamilton, Clerk


cc: Peter N. Wasylyk, Blake G. Abbott, Seyed Abbas Kazerounian, Todd M. Friedman, Jason A. Ibey, Thomas Edward Wheeler, Paul Doolittle, Peter B. Katzman, John M. Bradham, C. Russell Bengtson, Kathleen M. Sullivan, Shon Morgan, Alexander Hale Loomis, Crystal Nix-Hines, Marina Eudjienii Lev, Robert J. Caron